IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BERT ROBINSON, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br><br>   v.<br><br>CERTAINTEED CORPORATION, et al.,<br><br>        Defendants. | No. 07-12-DRH |

## **ORDER**

AND NOW, this 7th day of February, 2007, upon consideration of the parties' Joint Stipulation Extending Deadline to Respond to Complaint, it is hereby ORDERED and DECREED that, for good cause shown, CertainTeed Corporation shall have 30 days following the entry of the Judicial Panel on Multidistrict Litigation's order transferring this action to the United States District Court for the Eastern District of Pennsylvania to respond to the complaint in this matter.

                                                  /s/      David  RHerndon
                                              United States District Judge